UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: ED CV 15-00172 JLS (RAO)                                    Date: June 19, 2015
Title: Reggie Anthony Shinault v. Riverside County, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**          (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On January 28, 2015, plaintiff Reggie Anthony Shinault ("Plaintiff"), then a prisoner at Valley State Prison,[1] proceeding *pro se*, filed a Civil Rights Complaint ("Complaint") under 42 U.S.C. § 1983 against the County of Riverside and Sheriff Stan Sniff (the "Defendants"), and two Doe defendants. (*See* ECF No. 1 at 1-4.) Plaintiff also filed a Request to Proceed Without Prepayment of Filing Fees (ECF No. 2), which was granted on March 3, 2015. (ECF No. 8.)

On April 21, 2015, Defendants filed a Motion to Dismiss the Complaint. (ECF No. 14.) On April 24, 2015, that motion was served on Plaintiff by U.S. Mail. (ECF No. 16 at 13.) On May 18, 2015, the Court ordered Plaintiff to file an opposition to the motion on or before June 4, 2015. (ECF No. 22.) As of today, June 19, 2015, Plaintiff has not filed an opposition, nor has he corresponded with the Court in any other manner since the May 18, 2015 order issued.

On June 16, 2015, Defendants filed a Motion to Compel Responses to Interrogatories on the ground that Plaintiff has not responded to their requests for discovery. (ECF No. 23).

In light of the foregoing IT IS HEREBY ORDERED that Plaintiff must show cause in writing, on or before **June 29, 2015**, why Plaintiff's action should not be dismissed due to his failure to prosecute. **If Plaintiff no longer wishes to pursue this action, he may voluntarily dismiss it pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form has been attached for Plaintiff's convenience. Failure to comply with this Order and/or to**

---

[1] Based on the Notice of Change of Address that Plaintiff filed on February 25, 2015, which indicates that his residence is now located in Rialto, California, Plaintiff appears to have been released from prison. (ECF No. 7.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.: ED CV 15-00172 JLS (RAO)      Date: June 19, 2015
Title: Reggie Anthony Shinault v. Riverside County, et al.

**show cause <u>will</u> result in a recommendation that this action be dismissed, with prejudice, for failure to prosecute and obey court orders.**

                                                                                                             :
Initials of Preparer      gr