1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| REGGIE ANTHONY SHINAULT, | Case No. ED CV 15-00172 JLS (RAO) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| RIVERSIDE COUNTY, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in the above-captioned matter, all the records on file herein, and the magistrate judge's report and recommendation. The time for filing objections to the report and recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the magistrate judge's findings, conclusions and recommendations.

/ / /
/ / /
/ / /
/ / /

Accordingly, IT IS ORDERED THAT:

1. Plaintiff's federal civil rights claims under 42 U.S.C. § 1983 are hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute;

2. Judgment shall be entered consistent with this order; and

3. The Clerk shall serve copies of this order by United States mail on Plaintiff and on counsel for Defendants.

DATED: August 26, 2015

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE