FILED
CLERK, U.S. DISTRICT COURT

8/26/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____GR_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

REGGIE ANTHONY SHINAULT,

Plaintiff,

v.

RIVERSIDE COUNTY, et al.,

Defendants.

Case No. ED CV 15-00172 JLS (RAO)

JUDGMENT

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATE: August 26, 2015

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE